1
2
3
4
5

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JESSICA KING )  Case # 3:20-cv-141-MMD-CLB
 )
 )
Plaintiff(s), )  **VERIFIED PETITION FOR**
 )  **PERMISSION TO PRACTICE**
vs. )  **IN THIS CASE ONLY BY**
 )  **ATTORNEY NOT ADMITTED**
 )  **TO THE BAR OF THIS COURT**
CONBRACO INDUSTRIES, INC. )  **AND DESIGNATION OF**
 )  **LOCAL COUNSEL**
 )
Defendant(s). )
 )  FILING FEE IS $250.00

_____Rebecca Houlding_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Friedman & Houlding LLP
_____
(firm name)

with offices at   1050 Seven Oaks Ln.                                    ,
                              (street address)

Mamaroneck                    ,    New York            ,    10543       ,
   (city)                             (state)                (zip code)

(888) 369-1119 x5          ,  rebecca@friedmanhouldingllp.com    .
(area code + telephone number)        (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Jessica King                                   to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  11/2001 , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of  New York 
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USCA Third Circuit | 3/1997 | |
| USCA Sixth Circuit | 7/2/2008 | |
| USCA Fourth Circuit | 7/7/2014 | |
| USDC Southern District of New York | 11/2001 | RH 8107 |
| USDC Eastern District of New York | 11/2002 | |
| USDC Northern District of New York | 3/2010 | |
| See Exhibit A, attached, for additional courts. | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

National Employment Lawyers' Association - New York
National Employment Lawyers' Association.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF New York )
COUNTY OF Kings )

Rebecca Houlding, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

27th day of MARCH, 2020.

_____
Notary Public or Clerk of Court

GREGG STANKEWICZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6354944
Qualified in Kings County
My Commission Expires 02-21-2021

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Robert Spretnak, Esq.___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

8275 S. Eastern Avenue, Suite 200_____,
(street address)

Las Vegas_____, Nevada_____, 89123____,
(city)           (state)       (zip code)

(702) 454-4900_____, bob@spretnak.com_____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Robert Spretnak__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Jessica King, Plaintiff
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5135        bob@spretnak.com
Bar number        Email address

APPROVED:

Dated: this 17th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

Robert Spretnak, Esq.
Bar No. 5135
8275 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702.454.4900
Email: bob@spretnak.com
Local Counsel for Plaintiffs

Rebecca Houlding
Giselle Schuetz
Friedman & Houlding, LLP
1050 Seven Oaks Lane
Mamaroneck, NY 10543
Telephone: 888-369-1119 x8
Email: giselle@friedmanhouldingllp.com
To Be Admitted *Pro Hac Vice*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JESSICA KING,

    Plaintiff,

vs.

CONBRACO INDUSTRIES, INC.,

    Defendant.

Case No. 3:20-cv-141

**EXHIBIT A TO PETITION FOR PERMISSION TO PRACTICE OF REBECCA HOUDLING**

Supplement to Paragraph 4:

| COURT | DATE ADMITTED |
|---|---|
| USDC Western District of New York | 08/2011 |
| USDC Eastern District of Pennsylvania | 5/1996 |
| USDC District of Colorado | 3/2013 |
| USDC Eastern District of Michigan | 4/2013 |
| USDC Western District of Michigan | 4/13/2014 |
| USDC Northern District of Illinois | 12/28/2018 |
| USDC Central District of Illinois | 1/3/2019 |

1

Dated: April 14, 2020
Mamaroneck, NY

Respectfully submitted,

Local Counsel:

LAW OFFICES OF ROBERT SPRETNAK

By: /s/ Robert Spretnak
Robert Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702.454.4900
Fax: 702.938.1055
Email: bob@spretnak.com
Local Counsel for Plaintiffs

FRIEDMAN & HOULDING, LLP

By: /s/ Rebecca Houlding
Rebecca Houlding
Giselle Schuetz
Friedman & Houlding, LLP
1050 Seven Oaks Lane
Mamaroneck, NY 10543
888-369-1119 x5
Fax: 866-731-5553
rebecca@friedmanhouldingllp.com

*To Be Admitted Pro Hac Vice*

## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# Rebecca Joan Houlding

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on July 2, 2001, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my hand and affixed the seal of this court on

December 3, 2019

Clerk of the Court

325