# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JESSICA KING

Plaintiff(s),

vs.

CONBRACO INDUSTRIES, INC.

Defendant(s).

Case # 3:20-cv-141-MMD-CLB

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

___Giselle Schuetz___, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of Friedman & Houlding LLP
(firm name)

with offices at ___1050 Seven Oaks Ln.___,
(street address)

___Mamaroneck___, ___New York___, ___10543___,
(city)              (state)              (zip code)

___(888) 369-1119 x8___, ___giselle@friedmanhouldingllp.com___.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Jessica King___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 11/21/2011 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC Southern District of New York | 2/28/2012 | GS4375 |
| USDC Western District of Michigan | 6/14/2013 | |
| USCA Fourth Circuit | 9/1/2018 | |
| USCA Eighth Circuit | 12/20/2019 | 19-0501 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

National Employment Lawyers' Association - New York Chapter.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF NEW YORK )
COUNTY OF KINGS )

Giselle Schuetz, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

25TH day of MARCH, 2020.

_____
Notary Public or Clerk of Court

GREGG STANKEWICZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6354944
Qualified in Kings County
My Commission Expires 02-21-2021

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Robert Spretnak, Esq.___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

8275 S. Eastern Avenue, Suite 200
(street address)

Las Vegas, Nevada, 89123
(city)   (state)   (zip code)

(702) 454-4900, bob@spretnak.com
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Robert Spretnak__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Jessica King, Plaintiff
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

__5135__        __bob@spretnak.com__
Bar number         Email address

APPROVED:

Dated: this __8th__ day of __June__, 20 __20__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## GISELLE BRIANCESCHI SCHUETZ

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on November 21, 2011, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

December 21, 2015

Clerk of the Court

4754

# THE LAW OFFICES OF
# ROBERT P. SPRETNAK
#### A PROFESSIONAL CORPORATION

8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123
TELEPHONE (702) 454-4900
FAX (702) 938-1055
WWW.SPRETNAKLAW.COM

EMAIL
BOB@SPRETNAK.COM

15 April 2020

The Honorable Miranda M. Du
United States District Court Judge
District of Nevada
400 S. Virginia Street
Reno, Nevada 89501

      **RE:**    **Jessica King v. Conbraco Industries, Inc.**
             Case No. 3:30-cv-00141-MMD-CLB

Your Honor:

      This is in regard to the "Verified Petition for Permission to Practice in This Case Only By Attorney Not Admitted to the Bar of This Court and Designation of Local Counsel" that is being filed with this Court in the matter of *Jessica King v. Conbraco Industries, Inc.*, on behalf of attorney Giselle Schuetz. I have filed with this Court to serve as the designated local counsel for the plaintiff in this matter.

      Ms. Schuetz is licensed to practice in the State of New York. We are attaching to this Verified Petition the most recent Certificate of Good Standing that has been issued on her behalf by the New York State authorities. Ms. Schuetz has requested that New York authorities issue to her an updated Certificate of Good Standing, as we are concerned that the one we are submitting is insufficiently recent. Ms. Schuetz has not yet received a response and we also are concerned about timely filing the Verified Petition.

      As this Court may likely know, the State of New York has been particularly hit by the COVID-19 outbreak. I very recently had this same problem arise in another matter pending in the District of Nevada for which I am serving as local counsel for a different law firm. That case also involved the need to obtain an updated Certificate of Good Standing from authorities in the State of New York.[*] So I am familiar with the problems in the State of New York in light of the COVID-19 pandemic affecting the issuing of Certificates of Good Standing.

---

      [*] That case is *Helen Swartz v. Wynn Las Vegas, LLC*, Case No. 2:20-cv-00430-RFB-BNW, before the Honorable Richard F. Boulware, United States District Court Judge.

C:\Users\Spretnak\Documents\MyFiles\Client-Matters\King.Jessica\corr.USDistCt.20.04.15.wpd

15 April 2020
Page 2

      I apologize to the court for any inconvenience this may cause. I respectfully ask this Court to allow us to submit the Verified Petition for Ms. Schuetz with the most-recent Certificate of Good Standing that she obtained from New York authorities, with the understanding that an updated, current Certificate of Good Standing will be filed with the Court as soon as it becomes available from New York authorities.

      I thank the Court for its attention to this matter.

                                Yours truly,

                                Robert P. Spretnak
                                Attorney for Plaintiff Jessica King
                                (Local Counsel)

RPS:bs

# Appellate Division of the Supreme Court
# of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# Giselle Brianceschi Schuetz

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on November 21, 2011, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my hand and affixed the seal of this court on

June 8, 2020

Clerk of the Court

4271