Robert Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702.454.4900
Email: bob@spretnak.com
Local Counsel for Plaintiffs

Rebecca Houlding
Giselle Schuetz
Friedman & Houlding, LLP
1050 Seven Oaks Lane
Mamaroneck, NY 10543
Telephone: 888-369-1119 x8
Email: giselle@friedmanhouldingllp.com
Admitted *Pro Hac Vice*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA KING,<br><br>         Plaintiff,<br><br>vs.<br><br>CONBRACO INDUSTRIES, INC.,<br><br>         Defendant. | Case No. 3:20-cv-141 |

### STIPULATION [AND ORDER] OF DISMISSAL

Plaintiff Jessica King, by and through her attorneys, along with Defendant Conbraco Industries, Inc., by and through its undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss this action with prejudice, each party to bear its own costs.

Dated: September 4, 2020

1

| | |
|---|---|
| LAW OFFICES OF<br>ROBERT P. SPRETNAK | McDONALD CARANO LLP |
| By: */s/Robert Spretnak*<br>    Robert Spretnak  (NV Bar No. 5135)<br>    827 Eastern Avenue, Suite 200<br>    Las Vegas, NV 89123<br>    bob@spretnak.com | By: */s/ Laura R. Jacobsen*<br>    Laura R. Jacobsen (NV Bar No. 13699)<br>    100 West Liberty Street, 10th Floor<br>    Reno, Nevada 89501<br>    ljacobsen@mcdonaldcarano.com |
| FRIEDMAN & HOULDING, LLP | ROBINSON, BRADSHAW & HINSON, P.A. |
| By: */s/ Giselle Schuetz*<br>    Rebecca Houlding<br>    Giselle Schuetz<br>    1050 Seven Oaks Lane<br>    Mamaroneck, NY 10543<br>    scox@robinsonbradshaw.com<br>    giselle@friedmanhoudinglp.com<br>    *Admitted Pro Hac Vice*<br><br>    *Attorneys for Plaintiff* | By: */s/ Stephen M. Cox*<br>    Stephen M. Cox (SC Bar No. 12263)<br>    Amanda Pickens Nitto (SC Bar No. 45158)<br>    202 E. Main St., Ste. 201<br>    Rock Hill, South Carolina 29730<br>    scox@robinsonbradshaw.com<br>    apickens@robinsonbradshaw.com<br>    *Admitted Pro Hac Vice*<br><br>    *Attorneys for Defendant*<br>    *Conbraco Industries, Inc.* |

Dated: September 8, 2020

IT IS SO ORDERED.

_____
UNTED STATES DISTRICT JUDGE
~~UNTED STATES MAGISTRATE JUDGE~~

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 4, 2020, I caused a true and accurate copy of the foregoing Stipulation of Dismissal to be filed on ECF, which transmits a copy to all counsel of record.

            /s/ Giselle B. Schuetz
            Giselle B. Schuetz